TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
CLARK A. HARMS, Special Assistant United States Attorney (#5713)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:24-CR-00038 |
| vs. | **STIPULATED MOTION TO REASSIGN CASE** |
| KENTRELL DESEAN GAULDEN, (akas "YoungBoy Never Broke Again," "NBA YoungBoy," and "YB"), | Judge Howard C. Nielson, Jr. |
| Defendant. | |

Pursuant to Rule 13 of the Federal Rules of Criminal Procedure and DUCrimR 57-3(a), the United States of America moves this Court to reassign case number 1:24-CR-00038, which is currently assigned to Judge Howard C. Nielson, Jr., to Judge David B. Barlow.  Such reassignment is appropriate because the defendant has another case pending with Judge Barlow (2:24-CR-00270).  Reassignment of case number 1:24-CR-00038 to Judge Barlow will allow for efficient resolution of both cases, which would benefit both the government and the defendant, as well as promote efficient court

1

operations.  Counsel for the defendant, Mr. Jeremy Delicino and Mr. Jon Williams, have stipulated to this motion.

Based on the foregoing, the United States therefore requests that case number 1:24-CR-00038 be reassigned to Judge Barlow.  A notice of this Motion will also be filed in case number 2:24-CR-00270.

DATED this 20th day of August, 2024.

TRINA A. HIGGINS
United States Attorney

*/s/ Victoria K. McFarland*
_____
VICTORIA K. McFARLAND
Assistant United States Attorney

CLARK A. HARMS
Special Assistant United States Attorney