IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENTRELL DESEAN GAULDEN, (akas "YoungBoy Never Broke Again," "NBA YoungBoy," and "YB"),<br><br>    Defendant. | Case No. 1:24-CR-00038<br><br>**ORDER REASSIGNING CASE**<br><br>Judge Howard C. Nielson, Jr. |

Based upon the Stipulated Motion to Reassign Case filed by the United States and for good cause showing, this Court orders the Clerk's Office to reassign case number 1:24-CR-00038 to Judge David B. Barlow.

IT IS SO ORDERED.

Dated this _____ day of _____, 2024.

BY THE COURT:

_____
HOWARD C. NIELSON, Jr.
United States District Court Judge

1