TRINA A. HIGGINS, United States Attorney (7349)
VICTORIA K. MCFARLAND, Assistant United States Attorney (11411)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800 | Salt Lake City, Utah 84111
(801) 524-5682 | travis.elder@usdoj.gov

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KENTRELL DESEAN GAULDEN,<br>(akas "YoungBoy Never Broke Again,"<br>"NBA YoungBoy," and "YB"),<br><br>        Defendant. | **MOTION FOR AMENDED ORDER OF FORFEITURE**<br><br>Case No. 1:24-CR-00038 DBB<br><br>Judge David B. Barlow |

The United States of America respectfully submits this Motion to Amend the Order of Forfeiture of November 20, 2024. ECF 24.

The present order of forfeiture includes assets that belong in United States District Court Case No. 2:24-cr-00270. The Court entered an Order of Forfeiture in that case on January 2, 2025. ECF 23[1].

The Order of Forfeiture in this case must be corrected so that the assets may be disposed.

The property to be forfeited in this case (Subject Property) includes:

- Sig Sauer P365 9mm semi-automatic pistol, AN: 66G110897; and

---

[1] Although the current order of forfeiture for Case Number 1:24-cr-00038 lists the case number next to the assets for Case Number 2:24-cr-00270, the government respectfully requests that a new order of forfeiture be entered so that the correct assets are associated with the correct cases.

•      Any associated magazines, holsters and ammunition.

Therefore, the United States respectfully requests that the court enter the enclosed Amended Order of Forfeiture, correcting the subject property, with all other terms of the Order remaining the same.

Respectfully submitted,

TRINA A. HIGGINS
United States Attorney


*/s/ Travis K. Elder*
Travis K. Elder
Assistant U.S. Attorney