12A

UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Report on Person Under Supervision

Name of Person:  **Kentrell D Gaulden**                    Docket Number:   **1:24CR00038-001-DBB**

Name of Sentencing Judicial Officer:          **Honorable David Barlow**
                                              **U.S. District Judge**

Date of Original Sentence:   **December 10, 2024**
Original Offense:       **Felon in Possession of a Firearm**
Original Sentence:      **60 Months Probation**

Type of Supervision:   **Probation**                    Current Supervision Began:  **April 25, 2025**

**NON-COMPLIANCE SUMMARY**

Date of Non-compliance                Nature of Non-compliance
April 25, 2025                        The defendant was arrested for Reckless Driving, a Class B Misdemeanor.

**Proposed Controlling Interventions:**
Verbal admonishments regarding non-compliance and the establishment of behavioral expectations.

**Proposed Correcting Interventions:**
Intervention with S.T.A.R.R. skills to reduce recidivism and use of strategies to identify/address thinking patterns.

Justification:
On April 25, 2025, the defendant was released from home confinement with the Bureau of Prisons, and he began his 60-month term of federal probation. On that same date, the defendant was stopped by the Utah Highway Patrol for driving 109 miles per hour in a 65 mile per hour zone (along I-80 in Summit County, Utah). The defendant was booked and released from the Summit County Jail for Reckless Driving, a Class B Misdemeanor. The defendant reported his police contact to the probation office, and his probation requirements and state traffic laws have been reviewed with the defendant.

Kentrell D. Gaulden has been advised that continued non-compliance will result in further sanctions and/or the Court being petitioned to revoke his term of supervision.

If the Court desires more information or another course of action, please contact me at (801) 535-2719.

I declare under penalty of perjury that the foregoing is true and correct.

by Cameron Sinner
U.S. Probation Officer
May 9, 2025

PROB 12A
D/UT 01/18

Kentrell D Gaulden
1:24CR00038-001-DBB

---

**THE COURT:**

☒  Approves the proposed interventions noted above

☐  Denies the proposed interventions noted above

☐  Other

David Barlow
United States District Judge

Date:    May 9, 2025